

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, | § | No. 08-12-00271-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| | § | |
| GLORIA J. TRUJILLO, | § | (TC# 2011-DCV-10381) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Joint motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.